**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7638**

ROBERT ALEX ZANDER,

            Plaintiff - Appellant,

      v.

HARLEY LAPPIN; KIM WHITE; GERALDO MALDONADO, JR.; RONALD W.
RIKER; TRACY W. JOHNS; JOSEPH P. YOUNG; KENNETH MOTTERN,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:08-ct-03117-FL)

Submitted:  January 31, 2013        Decided:  February 7, 2013

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Alex Zander, Appellant Pro Se.  Michael Bredenberg,
FEDERAL MEDICAL CENTER, Butner, North Carolina; Seth Morgan
Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert A. Zander appeals the district court's order dismissing without prejudice for failure to exhaust administrative remedies his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).[*] We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Zander v. Lappin, No. 5:08-ct-03117-FL (E.D.N.C. Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We vacated the district court's prior order dismissing Zander's complaint for failure to exhaust administrative remedies and remanded to the district court for further findings. See Zander v. Lappin, No. 10-6484, 415 F. App'x 491 (4th Cir. 2011).

2